In the Matter of the Arbitration between PERRY HEIDEL-BERGER, Landlord, Appellant, and HERBERT COOPER, Tenant, Respondent.

Argued October 19, 1949; decided November 17, 1949.

*Aaron Frank, William R. Altman, John A. Pateracki, Jr., Max Seltzer* and *Paul Shaw* for appellant.

*Arthur J. Kramer* and *Abraham Levy* for respondent.

Order of Appellate Division reversed and order of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the motion to vacate the award was not made in time. (See Civ. Prac. Act, § 1463.) We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.